IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMMIE L. SMITH, JR.,

    Plaintiff,

v.

ALANA ACKER and LAURA SUKOWATY,

    Defendants.

ORDER

Case No. 24-cv-498-wmc

    Plaintiff Sammie L. Smith, Jr. has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit a certified trust fund account statement no later than August 13, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Sammie L. Smith, Jr. may have until August 13, 2024 to submit a certified trust fund account statement for the period beginning approximately January 22, 2024 and ending approximately July 22, 2024. If plaintiff fails to respond to this order by August 13, 2024, then I will assume that plaintiff wishes to withdraw this action

voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

    Entered this 23rd day of July, 2024.

           BY THE COURT:

           /s/
           ANDREW R. WISEMAN
           United States Magistrate Judge